# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| OLIVER C. LOADHOLT, | ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 5:08-CV-147(MTT) |
| FRED BURNETTE, | ) ) |
| Defendants. | ) ) |

## ORDER

This case is before the Court on the Recommendation (Doc. 42) of United States Magistrate Judge Claude W. Hicks, Jr. on the Plaintiff's Motion for Partial Summary Judgment (Doc. 39) (the "Motion"). The Magistrate Judge, having reviewed the Plaintiff's motion pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends denying the Plaintiff's Motion. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Motion (Doc. 39) is **DENIED**.

**SO ORDERED**, this the 8th day of September, 2010.

                                               S/ Marc T. Treadwell
                                               MARC T. TREADWELL, JUDGE
                                               UNITED STATES DISTRICT COURT

jch